## First District.

Lawrence A. Barrett, appellee, v. Morris Heichman, appellant. Gen. No. 40,371.

Opinion filed April 26, 1939. Rehearing denied May 8, 1939.

Gustav E. Beerly, for appellant; John F. Diffenderffer, Jr. and Richard T. Savage, of counsel. Concannon, Dillon, Bostelman & Snook, for appellee; R. F. Bostelman and Austin G. Rigney, of counsel.

Mr. Presiding Justice Denis E. Sullivan delivered the opinion of the court.

Lawrence A. Barrett, appellee, v. Reinhardt Volkman, appellant. Gen. No. 40,372.

Opinion filed April 26, 1939. Rehearing denied May 8, 1939.

Gustav E. Beerly, for appellant; John F. Diffenderffer, Jr. and Richard T. Savage, of counsel. Concannon, Dillon, Bostelman & Snook, for appellee; R. F. Bostelman and Austin G. Rigney, of counsel.

Mr. Presiding Justice Denis E. Sullivan delivered the opinion of the court.